Rene L. Valladres
Federal Public Defender
Nevada State Bar No. 11479
*C.B. Kirschner
Assistant Federal Public Defender
Pennsylvania Bar No. 92998
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
CB_Kirschner@fd.org

*Attorney for Petitioner Luis Gonzalas

# United States District Court
## District of Nevada

| | |
|---|---|
| Luis Gonzalas,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Brian Williams, et. al.,<br><br>　　　　Respondents. | Case No. 2:17-cv-01653-RFB-GWF<br><br>**Unopposed Motion for Extension of Time to File Amended Petition**<br><br>(Second Request) |

Petitioner Luis Gonzalas, by and through counsel, C.B. Kirschner, Assistant Federal Public Defender, moves this Court for an extension of time of sixty (60) days from September 17, 2018, to and including November 16, 2018, to file the First Amended Petition.

# POINTS AND AUTHORITIES

1. On or about February 11, 2008, Luis Gonzalas, was sentenced to life with the possibility of parole, following his conviction for murder with use of a deadly weapon. On May 25, 2017, he filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (Not Sentenced to Death). ECF No. 1-1. Mr. Gonzalas remains incarcerated with the Nevada Department of Corrections.

2. This Court appointed the Office of the Federal Public Defender as counsel for Mr. Gonzalas and granted leave for counsel to file an Amended Petition for Writ of Habeas Corpus. ECF Nos. 7 & 11. Counsel entered her appearance on March 8, 2018. ECF No. 10.

3. The Amended Petition is currently due September 17, 2018. Mr. Gonzalas now requests an additional sixty (60) days, up to and including November 16, 2018, to file the Amended Petition. This is the second request for an extension of time.

4. The additional period of time is necessary in order to effectively represent Mr. Gonzalas. This motion is filed in the interests of justice and not for the purposes of unnecessary delay.

5. Counsel's schedule necessitates this request. Counsel has been working on several other cases with recent filing deadlines, including: a First Amended Petition, filed on August 3, 2018, in *Marshall v. Williams*, case no. 2:18-cv-00075; an Opposition to Motion to Dismiss, filed August 10, 2018 in *Fields v. Baker*, case no. 3:16-cv-00298; and an Answering Brief with the Ninth Circuit Court of Appeals, filed on September 7, 2018 in *Hanson v. Baker*, case no. 18-15547.

6. Counsel is currently working on numerous upcoming filing deadlines in other habeas cases, including but not limited to: a Reply Brief due to be filed with

the Nevada Supreme Court on October 1, 2018 in *Ennis v. Filson*, case no. 74457 (no further extensions permitted); an Amended Petition in *Rimer v. Baker*, case no. 3:18-cv-00023, due on September 17, 2018; an Amended Petition in *Silva v. Williams*, case no. 2:17-cv-02149, due on September 25, 2018; and an Amended Petition in *Chao v. Baker*, case no. 2:14-cv-02039, due on October 1, 2018.

7. Counsel will also be out of the office on September 19th for personal reasons, attending a full-day mandatory training on September 20th, and attending a national habeas conference on September 26th through the 28th.

8. On September 13, 2018, Deputy Attorney General Jessica Perlick was contacted via email and stated that she did not object to the extension, but the lack of objection should not be construed as a waiver of any procedural defenses, nor as a concession that any amended petition will be considered timely filed, nor as a basis for equitable tolling.

9. For the above stated reasons, Petitioner respectfully requests this Court grant the request for an extension of time of sixty (60) days and order the Amended Petition to be filed on or before November 16, 2018.

Dated this 14th day of September, 2018.

                                      Respectfully submitted,

                                      Rene L. Valladares
                                      Federal Public Defender

                                      */s/ CB Kirschner*
                                      C.B. Kirschner
                                      Assistant Federal Public Defender

                                      IT IS SO ORDERED:

                                      _____
                                      RICHARD F. BOULWARE, II
                                      UNITED STATES DISTRICT JUDGE

                                      DATED this 17th day of September, 2018.

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Jessica Perlick.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Luis Gonzalas
#1016275
1250 E. Arica Rd
Eloy, AZ 85131

                                     */s/ Adam Dunn*
                                     An Employee of the
                                     Federal Public Defender