UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LUIS GONZALAS,<br><br>                Petitioner,<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>                Respondents. | Case No. 2:17-cv-01653-RFB-EJY<br><br>**ORDER** |

In accordance with Rule 7 of the Rules Governing Section 2254 Cases, and to facilitate the Court's review of the merits of the claims filed by habeas petitioner, Luis Gonzalas,

**IT IS HEREBY ORDERED**:

1. Within 15 days after the entry of this order, Petitioner will file and designate as Exhibit 155 a copy of the statement or interview of Brandan Contreras that Gonzalas's trial counsel submitted to the State prosecutor and to the state district court on or about Monday, December 10–11, 2007. See ECF No. 22-1 at 16–18, 23–29. The Court encourages Petitioner to simultaneously file a memorandum, not longer than 5 pages, explaining whether or not the Court may consider Contreras's statement under applicable United States Supreme Court authority.

2. Respondents are directed to admit or deny the correctness of Contreras's statement within 15 days after Petitioner files Exhibit 155. The Court likewise encourages Respondents to simultaneously file a memorandum, not longer than 5 pages, explaining whether or not the Court may consider Contreras's statement under applicable United States Supreme Court authority.

The Court has made no definitive determination whether it will consider the requested material. This order is intended to facilitate an efficient resolution of the issues in a timely manner. To the extent possible, the Court seeks to conclude this matter by March 31, 2023. Requests for extensions of time are strongly discouraged. As such, extensions of time needed due to scheduling

///

///

conflicts between this case and others filed in this District should be sought in the later-filed case, absent extraordinary circumstances.

DATED this 5th day of January 2023

                                                                                   _____
                                                                                   RICHARD F. BOULWARE, II
                                                                                   UNITED STATES DISTRICT JUDGE